1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5
6 Attorneys for Defendant Mr. Guerrero-Manjarrez

8 UNITED STATES DISTRICT COURT
9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ8698 |
| 12 Plaintiff, | ) ) | |
| 13 v. | ) ) | **NOTICE OF APPEARANCE** |
| 14 JUAN PEDRO GUERRERO-MANJARREZ, | ) ) | |
| 15 Defendant. | ) ) | |

17 Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the
19 above-captioned case.

20                                                                          Respectfully submitted,

22 Dated: August 13, 2008                     *s/ ANDREW LAH*
                                              Federal Defenders of San Diego, Inc.
23                                            Attorneys for Defendant
                                              andrew_lah@fd.org

1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org

6 Attorneys for Mr. Guerrero-Manjarrez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>          Plaintiff,           )<br>                               )<br> v.                            )<br>                               )<br>JUAN PEDRO GUERRERO-MANJARREZ, )<br>                               )<br>          Defendant.           )<br>                               ) | Case No. 08MJ8698<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: August 13, 2008                              *s/ ANDREW LAH*
                                                    **ANDREW LAH**
                                                    Federal Defenders of San Diego, Inc.,
                                                    andrew_lah@fd.org