1  MICHAEL S. PEDRETTI
   Attorney at Law
2  California State Bar #157635
   406 Ninth Avenue, Suite 303
3  San Diego, California 92101
   619-531-8808
4

   FILED
   AUG 1 9 2008
   CLERK U.S. DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
   BY _____ DEPUTY

5  Attorney for JUAN GUERRERO-MANJARREZ

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,     )   Case No. 08MJ8698
9              Plaintiff,         )
                                  )   SUBSTITUTION OF ATTORNEY
10                                )
                                  )
11       v.                       )
                                  )
12 JUAN GUERRERO-MANJARREZ,       )
                                  )
13            Defendant.          )
14 _____  )

15       Defendant hereby substitutes Michael S. Pedretti as his attorney of record in the above
16 matter as his counsel of record in place of : _____.
17

18 Dated:  8-12-08           _____
19                           Juan Guerrero-Manjarrez
                             Defendant
20
21 Dated:  8/12/08           _____
22                           Michael S. Pedretti
                             Attorney for Defendant
23

   I consent to the above substitution:
24

25 Dated:                    _____
26
                             Attorney at Law
27

28

1  MICHAEL S. PEDRETTI
   Attorney at Law
2  California State Bar #157635
   406 Ninth Avenue, Suite 303
3  San Diego, California 92101
   619-531-8808
4

5  Attorney for JUAN GUERRERO-MANJARREZ

FILED
AUG 19 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

6
7              UNITED STATES DISTRICT COURT
8              SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )   Case No. 08MJ8698
             Plaintiff,              )
10                                   )   SUBSTITUTION OF ATTORNEY
                                     )
11      v.                           )
                                     )
12  JUAN GUERRERO-MANJARREZ,         )
                                     )
13           Defendant.              )
                                     )
14  _____)

15
16  Defendant hereby substitutes Michael S. Pedretti as his attorney of record in the above
    matter as his counsel of record in place of: _____
17

18  Dated: _____

19                                   _____
                                     Juan Guerrero-Manjarrez
20                                   Defendant

21  Dated: 8/12/08

22                                   _____
                                     Michael S. Pedretti
23                                   Attorney for Defendant

24  I consent to the above substitution:

25  Dated: _____

26                                   _____
                                     Andrew Lah, Federal Defenders
27                                   Attorney at Law

28

FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08MJ8698 |
| Plaintiff, | ORDER |
| v. | |
| JUAN GUERRERO-MANJARREZ, | |
| Defendant. | |

### ORDER

*IT IS HEREBY ORDERED* that Michael S. Pedretti be substituted as attorney of record in this matter.

DATED: 8-19-08

_____
United States Magistrate Judge